Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 7646 | DATE | 1/26/2012 |
| CASE TITLE | OBAMA FOR AMERICA vs. DEMSTORE.COM, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for voluntary dismiss without prejudice [20] is granted. Status hearing on January 30, 2012 is vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|

11C7646 OBAMA FOR AMERICA vs. DEMSTORE.COM, et al.  Page 1 of 1